No. 64986.—Illfelder Importing Co., Inc., and M. Zwiebel *v.* United States, protests 60/8580 and 60/8777 (New York).

Opinion by Oliver, C. J. In accordance with stipulation of counsel that the merchandise consists of compass rings similar in all material respects to those the subject of Abstract 58039, the claim of the plaintiffs was sustained.

No. 64987.—S. Rosenberg Christmas Corp. *v.* United States, protest 60/8718 (New York).

Opinion by Oliver, C. J. In accordance with stipulation of counsel that the merchandise consists of fiber or hemp articles similar in all material respects to those the subject of Abstract 63552, the claim of the plaintiff was sustained.